**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:26-cv-62579-GAYLES**

**JUAN MARTIN**
**VALENZUELA DELGADO,**

**Petitioner,**

v.

**BROWARD TRANSITION**
**CENTER,**
*Cynthia Swain, Warden*,

**Respondent.**
______________________________/

**ORDER REQUIRING PAYMENT OF FILING FEE OR**
**MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

**THIS CAUSE** comes before the Court *sua sponte*. Petitioner Juan Martin Valenzuela Delgado filed a *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") [ECF No. 1]. Petitioner has neither paid the Clerk's filing fee of $5.00 nor submitted a motion to proceed *in forma pauperis* ("IFP"), as required by the Rules Governing Section 2254 Cases in the United States District Courts (the "Habeas Rules").[1] *See* 28 U.S.C. § 2254 Rule 3(a); 28 U.S.C. § 1914(a).

Accordingly, it is **ORDERED AND ADJUDGED**:

1. **On or before September 30, 2026**, Petitioner shall pay the Clerk's filing fee of $5.00 or, in the alternative, shall file a motion for leave to proceed IFP.
2. A motion for leave to proceed IFP must include a supporting financial affidavit and, if necessary, a six-month account statement. *See* S.D. Fla. L.R. 88.2(b); 28 U.S.C.

[1] The Habeas Rules also apply to petitions filed under § 2241. *See* 28 U.S.C. § 2254 Rule 1(b) ("The district court may apply any or all of these rules to a habeas corpus petition not covered by" § 2254).

§ 1915(a)(2); 28 U.S.C. § 2254 Rule 3(a)(2).

3. The Clerk is **DIRECTED** to mail Petitioner an Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form).

4. Petitioner is cautioned that failure to comply with this Order will result in dismissal of the Petition without prejudice for failure to prosecute and failure to comply with court orders. *See* Fed. R. Civ. P. 41(b).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of September, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

cc:

**Juan Martin Valenzuela Delgado**
A# 246312951
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073
*PRO SE*

**Noticing 2241/Bivens US Attorney**
Email: usafls-2255@usdoj.gov

**Noticing INS Attorney**
Email: usafls-immigration@usdoj.gov

**Anthony Erickson-Pogorzelski**
US Attorney's Office - Civil
99 NE 4th Street, Suite 335
Miami, FL 33132
Email: anthony.pogorzelski@usdoj.gov